Conte C. Cicala (Bar No. 173554)
Flynn, Delich & Wise LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys for Defendant
EXEL GLOBAL LOGISTICS, INC.

**FILED**

JUN 06 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATE DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLA-TENCOR CORPORATION, a corporation; and FALVEY INSURANCE SERVICES, LLC, a limited liability corporation;<br><br>    Plaintiffs,<br><br>    vs.<br><br>CARGOLUX AIRLINES INTERNATIONAL SA, a foreign corporation; EXEL FREIGHT MANAGEMENT (NETHERLANDS) BV, a foreign corporation, d.b.a. EXEL; and DOE ONE through DOE TEN,<br><br>    Defendants. | Case No.: C-07-0794 SC<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT EXEL GLOBAL LOGISTICS INC.'S REPRESENTATIVE FROM PERSONALLY APPEARING AT THE MEDIATION. |

The Court, based on the application of defendant EXEL GLOBAL LOGISTICS INC. ("EXEL"), hereby grants EXEL's request to excuse EXEL's representative from personally attending the mediation session, which is currently scheduled to go forward on July 9, 2007.  The EXEL representative shall, however, be

///

---

[PROPOSED] ORDER
Case No.: C-07-0794 SC

-1-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

Case 3:07-cv-00794-SC   Document 21   Filed 06/06/07   Page 2 of 2

available by telephone to participate in the mediation.

IT IS SO ORDERED

Dated: 6-6-07

Hon. Wayne D. Brazil

[PROPOSED] ORDER
Case No.: C-07-0794 SC

-2-