MICHAEL J. CUMMINS (184181)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiffs
KLA-TENCOR CORPORATION and
FALVEY INSURANCE SERVICES, LLC

ORIGINAL FILED

JUN 06 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KLA-TENCOR CORPORATION, a corporation; and FALVEY INSURANCE SERVICES, LLC, a limited liability corporation;

Plaintiffs,

v.

CARGOLUX AIRLINES INTERNATIONAL SA, a foreign corporation; EXEL FRIGHT MANAGEMENT (NETHERLANDS) BV, a foreign corporation, d.b.a. EXEL; and DOE ONE through DOE TEN;

Defendants.

Case No. C-07-0794 SC

[~~PROPOSED~~] ORDER EXCUSING PLAINTIFFS' CLIENT REPRESENTATIVE FROM PERSONALLY APPEARING AT THE MEDIATION

The Court, based on the application of plaintiffs, hereby grants plaintiffs' request to excuse plaintiffs' representative from FALVEY INSURANCE SERVICES, LLC ("FALVEY") from personally attending the mediation session, which is currently scheduled to go forward on July 9, 2007. The FALVEY client representative shall, however, be available by telephone to participate in the mediation.

IT IS SO ORDERED

Dated: 6-6-07

_____
Hon. Wayne D. Brazil

[PROPOSED] ORDER
Case No. C-07-0794 SC; Our File No. 5717.89/MJC