STEPHEN L. NELSON (SBN: 74836)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370
e-mail: Stephen.Nelson@wilsonelser.com

Attorneys for Defendant,
Cargolux Airlines International, S.A.

**FILED**

JUN 0 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLA-TENCOR CORPORATION, a corporation; and FALVEY INSURANCE SERVICES, LLC, a limited liability corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>CARGOLUX AIRLINES INTERNATIONAL SA, a foreign corporation; EXEL FREIGHT MANAGEMENT (NETHERLANDS) BV, a foreign corporation, d/b/a EXEL; and DOE ONE through DOE TEN;<br><br>Defendants. | CASE NO.: C-07-0794 SC<br><br>[PROPOSED] ORDER EXCUSING CLIENT REPRESENTATIVES FROM PERSONAL ATTENDANCE AT MEDIATION |

The Court, having read and considered the application of Cargolux Airlines International, S.A., requesting the excuse from the requirements of Local ADR Rule 6-9 regarding personal attendance of party and insurance representatives with settlement authority, there being no objection by other parties and the mediator, and finding good cause for defendant's request, hereby approves and grants the request. IT IS SO ORDERED.

Dated: 6-6-07

_____
United States Magistrate Judge

[PROPOSED] ORDER EXCUSING CLIENT REPRESENTATIVES FROM PERSONAL ATTENDANCE AT MEDIATION
283756.1