1  MICHAEL J. CUMMINS (184181)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
4

5  Attorneys for Plaintiffs
   KLA-TENCOR CORPORATION and
6  FALVEY INSURANCE SERVICES, LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | KLA-TENCOR CORPORATION, a                ) Case No. C-07-0794 SC
   | corporation; and FALVEY INSURANCE        )
12 | SERVICES, LLC, a limited liability       ) **STIPULATED DISMISSAL WITH**
   | corporation;                             ) **PREJUDICE AND [PROPOSED] ORDER**
13 |                                          )
   |              Plaintiffs,                 )
14 |                                          )
   |       v.                                 )
15 |                                          )
   |                                          )
16 | CARGOLUX AIRLINES                        )
   | INTERNATIONAL SA, a foreign              )
17 | corporation; EXEL FRIGHT                 )
   | MANAGEMENT (NETHERLANDS) BV,             )
18 | a foreign corporation, d.b.a. EXEL; and  )
   | DOE ONE through DOE TEN;                 )
19 |                                          )
   |              Defendants.                 )
20 |_____)

21      Having reached a settlement of this action, the parties, through their respective counsel of

22 record, do hereby stipulate and agree that the entire action, including all complaints and cross-

23 complaints, be dismissed in its entirety with prejudice. It is further stipulated and agreed that each

24 side shall bear their own costs and attorney's fees.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No. C-07-0794 SC; Our File No. 5717.89/MJC

| | | |
|---|---|---|
| 1 | Dated: October 4, 2007 | GIBSON ROBB & LINDH LLP |
| 2 | | |
| 3 | | By: /s/ Michael Cummins |
| 4 | | Michael Cummins<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: October 4, 2007 | FLYNN, DELICH & WISE LLP |
| 7 | | |
| 8 | | By: /s/ Conte Cicala |
| 9 | | Conte Cicala<br>Attorneys for Defendant<br>Excel Global Logistics, Inc. |
| 10 | | |
| 11 | Dated: October ___, 2007 | WILSON, ELSER, MOSKOWITZ LLP |
| 12 | | |
| 13 | | By:_____ |
| 14 | | Stephen L. Nelson<br>Attorneys for Defendant<br>Cargolux Airlines Int'l, S.A. |

## (PROPOSED) ORDER

Pursuant to the above Stipulation, the Court hereby dismisses the entire action with prejudice. Each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: _____    _____
UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| 1 | Dated: October ____, 2007 | GIBSON ROBB & LINDH LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Michael Cummins<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: October ____, 2007 | FLYNN, DELICH & WISE LLP |
| 7 | | |
| 8 | | By:_____ |
| 9 | | Conte Cicala<br>Attorneys for Defendant<br>Excel Global Logistics, Inc. |
| 10 | | |
| 11 | Dated: October 12, 2007 | WILSON, ELSER, MOSKOWITZ LLP |
| 12 | | |
| 13 | | By:_____<br>Stephen L. Nelson<br>Attorneys for Defendant<br>Cargolux Airlines Int'l, S.A. |

### (PROPOSED) ORDER

Pursuant to the above Stipulation, the Court hereby dismisses the entire action with prejudice. Each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: October 31, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Samuel Conti